AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| L.A. GEM & JEWELRY DESIGN, INC., a California Corporation<br>*Plaintiff(s)*<br>v.<br>SEARS, ROEBUCK AND CO., a New York Corporation - SEE ATTACHED FULL CASE CAPTION<br>*Defendant(s)* | Civil Action No. 2:17-cv-3665 RGK (AJWx) |

## SUMMONS IN A CIVIL ACTION
## ON THE SECOND AMENDED COMPLAINT

To: *(Defendant's name and address)*

See attached Exhibit A

Sears Holdings Management Corporation

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Milord A. Keshishian
MILORD & ASSOCIATES, P.C.
10517 West Pico Boulevard
Los Angeles, California 90064

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: May 24, 2018

*Signature of Clerk or Deputy Clerk*

Milord A. Keshishian, SBN 197835
milord@milordlaw.com
MILORD & ASSOCIATES, P.C.
10517 West Pico Boulevard
Los Angeles, California 90064
Tel: (310) 226-7878
Fax: (310) 226-7879

Attorneys for Plaintiff
L.A. GEM & JEWELRY DESIGN, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| L.A. GEM & JEWELRY DESIGN, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SEARS, ROEBUCK AND CO., a New York Corporation; SEARS HOLDINGS MANAGEMENT CORPORATION, a Delaware Corporation; UNIQUE DESIGNS INC., a New York Corporation; KIRAN JEWELS, INC., a New York Corporation; TEJAS SHAH, an Individual; NES JEWELRY, a New York Corporation; NISSIM GINDI, an Individual; and DOES 1-10,<br><br>Defendants. | Case No.: 2:17-cv-3665 RGK (AJWx) |

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

Civil Action No. 2:17-cv-3665 RGK (AJWx)

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________

was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* ____________________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

# Exhibit A

SEARS HOLDINGS MANAGEMENT CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179

SEARS, ROEBUCK AND CO.
3333 Beverly Road
Hoffman Estates, IL 60179

UNIQUE DESIGNS INC.
521 Fifth Avenue, Suite 820
New York, NY 10175

KIRAN JEWELS, INC.
521 Fifth Avenue, Suite 820
New York, NY 10175

TEJAS SHAH
521 Fifth Avenue, Suite 820
New York, NY 10175

NES JEWELRY
20 West 33rd Street, 6th Floor
New York, NY 10001

NISSIM GINDHI
20 West 33rd Street, 6th Floor
New York, NY 10001