JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| L.A. GEM & JEWELRY DESIGN, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK AND CO., a New York Corporation; SEARS HOLDINGS MANAGEMENT CORPORATION, a Delaware Corporation; UNIQUE DESIGNS INC., a New York Corporation; KIRAN JEWELS, INC., a New York Corporation; TEJAS SHAH, an Individual; NES JEWELRY, INC., a New York Corporation; NISSIM GINDI, an Individual; and DOES 1-10,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIM. | Case No. 2:17-cv-3665-RGK (AJWx)<br>Hon. R. Gary Klausner<br>Courtroom:<br><br>**[~~PROPOSED~~] ORDER DISMISSING DEFENDANTS KIRAN JEWELS, INC., UNIQUE DESIGNS, INC., AND TEJAS SHAH WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(2)** |

The Stipulation of Plaintiff L.A. Gem & Jewelry Design, Inc. ("Plaintiff") and Defendants Kiran Jewels, Inc., Unique Designs, Inc., and Tejas Shah (the "Kiran Defendants") (collectively, the "Parties"), for an Order Dismissing the Action with Prejudice as to Defendants Kiran Jewels, Inc., Unique Designs, Inc.,

and Tejas Shah only having come before this Court, and good cause appearing therefor, the Court rules as follows:

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Parties have requested that the Action be dismissed WITH PREJUDICE as to Defendants Kiran Jewels, Inc., Unique Designs, Inc., and Tejas Shah only.

IT IS HEREBY ORDERED that Plaintiff's Complaint be and is hereby DISMISSED WITH PREJUDICE as to Defendants Kiran Jewels, Inc., Unique Designs, Inc., and Tejas Shah only. The Court shall retain jurisdiction to enforce the terms of the settlement agreement. Each party hereto to bear its own attorneys' fees and costs incurred to date in this action.

**IT IS SO ORDERED.**

Dated: November 30, 2018

Gary Klausner

Honorable R. Gary Klausner
Judge of the United States District Court

#4845-9767-1553 (11493-48)