JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. GEM AND JEWELRY DESIGN, INC.,<br><br>Plaintiff(s),<br><br>vs.<br><br>SEARS HOLDINGS MANAGEMENT CORPORATION, et al.,<br><br>Defendant(s). | CASE NO. 2:17-cv-03665-RGK-PJW<br><br>**ORDER REMOVING MATTER FROM COURT'S ACTIVE CASELOAD** |

In light of the November 15, 2018 Chapter 11 Bankruptcy filed by defendants Sears Holdings Management Corporation and Sears, Roebuck & Co., the Court hereby ORDERS this matter removed from the Court's active caseload, pending the outcome of the bankruptcy proceedings and/or further order of this Court. Counsel are to properly motion this Court should they desire this matter placed back on active status.

**IT IS SO ORDERED.**

DATED: November 30, 2018

**R. GARY KLAUSNER**
**UNITED STATES DISTRICT JUDGE**